**QUILL & ARROW LLP**
KEVIN Y. JACOBSON (SBN 320532)
AARON COHEN (SBN 333008)
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone:  (310) 933-4271
Facsimile:   (310) 889-0645
E-mail: kjacobson@quillarrowlaw.com
E-mail: acohen@quillarrowlaw.com
E-mail: e-service@quillarrowlaw.com

Attorneys for Plaintiffs
CAMILO LEMUS
DANIEL LEMUS

**WILSON TURNER KOSMO LLP**
ROBERT A. SHIELDS (206042)
JAMES P. LEONARD II (255575)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: jleonard@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CAMILO LEMUS, an individual, and DANIEL LEMUS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.   5:22-cv-01046-JFW-SP <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Complaint Filed:  May 25, 2022 <br> District Judge:  John F. Walter <br> Magistrate Judge: Sheri Pym <br> Trial Date: Not Set |

-1-     Case No.   5:22-cv-01046-JFW-SP
JOINT NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs, CAMILO LEMUS and DANIEL LEMUS, and Defendant, FORD MOTOR COMPANY, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated:   January 20, 2023         **WILSON TURNER KOSMO LLP**

                                  By:   /s/ *James P. Leonard*
                                        ROBERT A. SHIELDS
                                        JAMES P. LEONARD
                                        Attorneys for Defendant
                                        FORD MOTOR COMPANY

Dated:   January 20, 2023         **QUILL & ARROW LLP**

                                  By:   /s/ *Kevin Y. Jacobson*
                                        KEVIN Y. JACOBSON
                                        AARON COHEN
                                        Attorneys for Plaintiffs
                                        CAMILO LEMUS
                                        DANIEL LEMUS

-2-   Case No.   5:22-cv-01046-JFW-SP
JOINT NOTICE OF SETTLEMENT